IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| vs. | ) | Criminal No. 11-186 |
| SEAN KERRIGAN, | ) | |
| Defendant. | ) | |

### CHANGE OF PLEA

AND NOW, the Defendant, Sean Kerrigan, in the above entitled case hereby withdraws his plea of NOT GUILTY entered August 30, 2011, and now pleads GUILTY to Count 5, in open court this 22nd day of February, 2012.

_____
Defendant

_____
Attorney