IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-186 |
| | ) | |
| SEAN KERRIGAN | ) | |

**<u>GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS</u>**

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said district, and files the government's position with respect to sentencing factors:

1. Assistant United States Attorney Brendan T. Conway has reviewed the presentence report in this matter.

2. The undersigned counsel has no anticipated grounds for (a) departure from the advisory guideline sentencing range; or, (b) a variance from the advisory guideline sentencing range.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

/s/ Brendan T. Conway
BRENDAN T. CONWAY
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7348 (Phone)
(412) 894-7311 (Fax)
brendan.conway@usdoj.gov
PA ID No. 78726