IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 11-186 |
| | ) | |
| vs. | ) | Electronically Filed |
| | ) | |
| SEAN KERRIGAN, | ) | The Honorable Nora Barry Fischer |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION TO POSTPONE SENTENCING HEARING**

**AND NOW**, comes the Defendant, SEAN KERRIGAN, by and through his counsel, James M. Ecker, Esquire, and files the within Defendant's Motion to Postpone Sentencing Hearing:

1. Sean Kerrigan is the Defendant in the above captioned matter.

2. Defendant is currently scheduled before this Honorable Court for a Sentencing Hearing on June 29, 2012, at 9:00 A.M.

3. Defendant is cooperating in the matter of the United States of America v. Bonnie Gardner, and wishes the sentencing hearing be continued until the trial of Bonnie Gardner is concluded.

4. Undersigned counsel has spoken with Assistant U.S. Attorney Brendan T. Conway and he has no objection to this postponement.

**WHEREFORE**, Defendant, Sean Kerrigan, respectfully requests this Honorable Court postpone Sentencing Hearing in the above captioned matter until further Order of Court.

Respectfully submitted,

 */s/ James M. Ecker*
James M. Ecker, Esquire
PA I.D. #010775

Ecker, Ecker & Ecker
1116 - 1117 Frick Building
437 Grant Street
Pittsburgh, PA 15219
(412) 261-4444 Office; (412) 261-1201 Fax
jeckeresq@aol.com

Dated: *6/5/12*   Attorney for Defendant Sean Kerrigan

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant 's Motion To Postpone Sentencing Hearing* was served on the 5th day of June, 2012 upon the following:

(*via electronic filing*)

>Brendan T. Conway
>Assistant U.S. Attorney
>U.S. Attorney's Office
>400 U.S. Post Office and Courthouse
>700 Grant Street
>Pittsburgh, PA   15219

(*via U.S. First-Class Mail*)

>Christopher J. Thompson
>United States Probation Officer
>U.S. Probation Office
>411 Seventh Avenue, Suite 1100
>P. O. Box 1468
>Pittsburgh, PA 15230-1468

>*/s/ James M. Ecker*
>
>Attorney for Defendant, Sean Kerrigan