IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>SEAN KERRIGAN, )<br>)<br>Defendant. ) | Criminal No. 11-186 |

## O R D E R

AND NOW, this 5th day of June, 2012, upon consideration of Defendant's Motion to Postpone Sentencing Hearing [27], filed in the above captioned matter on June 5, 2012,

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Telephonic Sentencing Conference set for June 25, 2012 at 4:45 p.m. p.m. AND the Sentencing of defendant Sean Kerrigan set for June 29, 2012 at 9:00 a.m. are both CONTINUED UNTIL FURTHER ORDER OF THE COURT.

IT IS FURTHER ORDERED that all other deadlines previously set forth in the Court's Presentence Order [18] shall remain in full force and effect.

_____
United States District Judge

cc/ecf:   Brendan T. Conway, Asst. U.S. Atty.

James M. Ecker, Esquire

Sean Kerrigan (USM # - None) c/o James M. Ecker, Esquire

Probation Office

Pretrial Services

U.S. Marshal