IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 11-186 |
| | ) |
| SEAN KERRIGAN | ) |

## O R D E R

AND NOW, on this 30th day April, 2012, upon consideration of the government's Motion to Permit Disclosure of Defendant's Presentence Investigation Report, it is hereby ORDERED that said motion is GRANTED. It is FURTHER ORDERED that counsel for the government may provide a copy of defendant's Presentence Investigation Report to defense counsel for Bonnie Gardner. Bonnie Gardner and counsel for Bonnie Gardner are precluded from further dissemination of the Presentence Investigation Report without further order of the Court.

_____
Nora Barry Fischer
U.S. District Court Judge